UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; et al., <br><br>      Plaintiffs - Appellants, <br><br> and <br><br> BARTELL RANCH LLC and EDWARD BARTELL, <br><br>      Plaintiffs, <br><br> RENO-SPARKS INDIAN COLONY; et al., <br><br>      Intervenor-Plaintiffs, <br><br> v. <br><br> ESTER M. MCCULLOUGH, District Manager; et al., <br><br>      Defendants - Appellees, <br><br> LITHIUM NEVADA CORPORATION, <br><br>      Intervenor-Defendant - Appellee. | No. 23-15259 <br><br> D.C. Nos. 3:21-cv-00080-MMD-CLB, 3:21-cv-00103-MMD-CLB <br><br> U.S. District Court for Nevada, Reno <br><br> **MANDATE** |

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; et al., | No. 23-15261 |
| Plaintiffs, | D.C. Nos. 3:21-cv-00080-MMD-CLB, 3:21-cv-00103-MMD-CLB |
| RENO-SPARKS INDIAN COLONY and ATSA KOODAKUH WYH NUWU PEOPLE OF RED MOUNTAIN, | U.S. District Court for Nevada, Reno |
| Intervenor-Plaintiffs, | |
| and | |
| BURNS PAIUTE TRIBE, | |
| Intervenor-Plaintiff - Appellant, | |
| v. | |
| ESTER M. MCCULLOUGH, District Manager; et al., | |
| Defendants - Appellees, | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant - Appellee. | |
| BARTELL RANCH LLC and EDWARD BARTELL, | No. 23-15262 |
| Plaintiffs - Appellants, | D.C. Nos. 3:21-cv-00080-MMD-CLB, 3:21-cv-00103-MMD-CLB |
| and | U.S. District Court for Nevada, Reno |

WESTERN WATERSHEDS
PROJECT; et al.,

       Plaintiffs,

RENO-SPARKS INDIAN
COLONY; et al.,

       Intervenor-Plaintiffs,

 v.

ESTER M. MCCULLOUGH,
District Manager; et al.,

       Defendants - Appellees,

LITHIUM NEVADA
CORPORATION,

       Intervenor-Defendant - Appellee.

The judgment of this Court, entered July 17, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT